**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       **V.**                         **CASE NO.: 0206 5:21CR000105-001**

    **Ernest B. Shaw, Jr.**

---

**HONORABLE ANTHONY J. BRINDISI, U.S. DISTRICT COURT JUDGE**

**<u>ORDER</u>**

After reviewing the circumstances of this case, the Court orders the modification of the conditions of supervision as follows:

You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

You must not own, possess, or have access to any article which bears a realistic resemblance to a firearm.

The Court finds this modification is justified and necessary based upon consideration of both the defendant's conduct in the instant federal offense, which involved illegal possession of a firearm, and his conduct while on supervised release. The Court notes that while on supervised release, the defendant was observed possessing and carrying a replica firearm in a public place, thereby causing a police investigation to be undertaken to verify that the replica firearm he was observed carrying was not, in fact, a real firearm, and that the safety of the community was not in danger. Investigation revealed the defendant was in possession of several replica firearms, and he admitted to police that he made a practice of carrying a replica firearm on his person while in public. Therefore, conditions of supervised release prohibiting the defendant from possessing replica firearms and permitting the probation office to conduct searches with reasonable suspicion are both necessary to promote the safety of the community and the defendant's rehabilitation.

**IT IS SO ORDERED.**

Dated:    **3/17/2026**
                 Utica, NY

Anthony J. Brindisi
U.S. District Judge